IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TRANS WORLD ENTERTAINMENT CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FINANCIAL SYSTEMS INNOVATION LLC,<br><br>  Defendant. | No. 1:09-CV-1070 |

## STIPULATION OF DISMISSAL

Plaintiff, Trans World Entertainment Corporation ("TWE"), by and through counsel, respectfully files this stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). This notice is being filed before service by Financial Systems Innovation LLC ("FSI") of an answer or of a motion for summary judgment.

Dated: November 30, 2009

Respectfully submitted,

_____
Andrew C. Rose
NIXON PEABODY LLP
677 Broadway
10th Floor
Albany, NY 12207
(518) 427-2650

Steven Lieberman
Minaksi Bhatt
Rothwell Figg Ernst & Manbeck
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040

Attorneys for Plaintiff
Trans World Entertainment Corporation

_____
Timothy Grochocinski
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
St. Louis, MO 63101

Attorneys for Defendant
Financial Systems Incorporated LLC

1671342_1